BARTHOLOMEW A. GILLIGAN, as Trustee in Bankruptcy of C. A. WHITE & COMPANY, Respondent, *v.* LINCOLN G. DE CANT, Appellant.

*Gilligan* v. *De Cant,* 169 App. Div. 909, affirmed.
(Submitted November 2, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 13, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action brought by the trustee in bankruptcy of C. A. White & Company, a corporation, to recover $1,000, the alleged purchase price of ten shares of stock subscribed for by the defendant in the certificate of incorporation, claiming that the same was unpaid. The answer alleged, among other defenses, that the stock was paid in full.

*Thomas Burns, John Conboy* and *Edward W. Carroll* for appellant.

*Mervyn Mackenzie* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.